FILED
SUPERIOR COURT
OF GUAM

2021 JUL 30 PM 2: 46

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| PEOPLE OF GUAM, | Criminal Case No. CF0245-20 |
|---|---|
| | GPD Report No. 20-11619 |
| v. | |
| | **DECISION AND ORDER** |
| **JUAN FAISAO MENDIOLA,** | **GRANTING THE PEOPLE'S MOTION** |
| *aka* **John F. Mendiola,** | **FOR SHORT CONTINUANCE OF TRIAL** |
| DOB: 07/04/1963 | **ON MORNING OF AUGUST 24, 2021** |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III upon submission of the People of Guam's ("the People's") Motion for Short Continuance of Trial on Morning of August 24, 2021 ("Motion"). Having duly considered the parties' briefs and the applicable law, the Court now issues the following Decision and Order and **GRANTS** the People's Motion.

### BACKGROUND

On May 4, 2020, Defendant was arrested and charged with <u>Charge One</u>: Murder (as a 1st Degree Felony), with *Special Allegation*: Possession or Use of a Deadly Weapon in the Commission of a Felony, and <u>Charge Two</u>: Aggravated Assault (as a 2nd Degree Felony), with *Special Allegation*: Possession or Use of a Deadly Weapon in the Commission of a Felony. Indictment (Jul. 27, 2020).

On July 16, 2021, the Court set trial dates with jury selection to begin on Monday, August 23, 2021. Minute Entry (Jul. 16, 2021).

On July 19, 2021, the People filed their Motion for Short Continuance of Trial on Morning of August 24, 2021. The People requested the morning of August 24, 2021 off trial because

Decision and Order Granting the People's Motion for Short Continuance of Trial on Morning of August 24, 2021
CF0245-20, *People of Guam v. Juan Mendiola*
Page 1 of 2

Assistant Attorney General Sean Brown, representing the People, has a separate oral argument before the Guam Supreme Court on August 24, 2021 at 10:00am. Motion at 1 (Jul. 19, 2021).

## DISCUSSION

Guam law is clear that a continuance of a trial shall only be granted if "the ends of justice require" it. 8 G.C.A. § 80.50(b). "No continuance shall be granted for any longer time than it is affirmatively proved the ends of justice require." Id.

The ends of justice require a continuance here because Assistant Attorney General Sean Brown, who is representing the People in this matter, has a separate oral argument before the Guam Supreme Court on the morning of August 24, 2021. Motion at 1 (Jul. 19, 2021). Attorney Brown obviously cannot represent the People in court that morning, as doing so conflicts with his obligations towards the Guam Supreme Court. The ends of justice thus require a continuance and that no trial be set for the morning of August 24, 2021.

This continuance does not violate Defendant's speedy trial right, as jury selection can continue as planned on August 23, 2021, and the trial can resume at 1:00pm of August 24, 2021.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** the People's Motion. Defendant's trial will be briefly continued, and will not take place the morning of August 24, 2021.

**IT IS SO ORDERED** this ___July 30, 2021___.

**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting the People's Motion for Short Continuance of Trial on Morning of August 24, 2021
CF0245-20, *People of Guam v. Juan Mendiola*
Page 2 of 2